NICHOLAS J. SANTORO (Nev. Bar No. 532)
JASON D. SMITH (Nev. Bar No. 9691)
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
E-mail: nsantoro@santoronevada.com
  jsmith@santoronevada.com

MICHAEL EISENBERG (*pro hac vice* admitted)
**HOLLAND & KNIGHT LLP**
31 West 52nd Street
New York, New York 10019
Tel.: (212) 513-3529 / Fax: (212) 385-9010
Email: michael.eisenberg@hklaw.com

STACEY H. WANG (*pro hac vice* admitted)
**HOLLAND & KNIGHT LLP**
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel.: (213) 896-2400 / Fax: (213) 896-2450
Email: stacey.wang@hklaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SEOUL SEMICONDUCTOR CO., LTD. and SEOUL VIOSYS, CO., LTD.<br><br>Plaintiffs,<br>vs.<br><br>PHILCOR T.V. & ELECTRONIC LEASING, INC. d/b/a ENERGYAVENUE.COM,<br><br>Defendants. | Case No.: 2:18-cv-00383-RFB-NJK<br><br>**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND ORDER** |

Plaintiffs SEOUL SEMICONDUCTOR CO., LTD. and SEOUL VIOSYS, CO., LTD bring this Motion to Remove Counsel from CM/ECF Service List.

Michael T. Boardman, Esq. of Holland & Knight LLP should be removed from the docket as counsel for Plaintiffs and any further ECF notices to Mr. Boardman in this action

should be terminated. Mr. Boardman was admitted pro hac vice in this matter on March 27, 2018. (ECF No. 11). Mr. Boardman is no longer employed at Holland & Knight LLC and will not continue to work on this matter. Plaintiffs will continue to be represented by Nicholas J. Santoro, Esq. and Jason D. Smith of Santoro Whitmire and Michael Eisenberg, Esq. and Stacey H. Wang, Esq. of Holland & Knight LLP.

DATED this 1st day of June, 2018.

**SANTORO WHITMIRE**

 */s/ Jason D. Smith*
Nicholas J. Santoro (Nev. Bar No. 532)
Jason D. Smith (Nev. Bar 9691).
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
E-mail: nsantoro@santoronevada.com
jsmith@santoronevada.com

Michael Eisenberg (*pro hac vice* admitted)
**HOLLAND & KNIGHT LLP**
31 West 52nd Street
New York, New York 10019
Tel.: (212) 513-3529 / Fax: (212) 385-9010
Email: michael.eisenberg@hklaw.com

Stacey H. Wang (*pro hac vice* admitted)
**HOLLAND & KNIGHT LLP**
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel.: (213) 896-2400 / Fax: (213) 896-2450
Email: stacey.wang@hklaw.com

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: _June 4, 2018_____

- 2 -