1  NICHOLAS J. SANTORO (Nev. Bar No. 532)
   JASON D. SMITH (Nev. Bar No. 9691)
2  **SANTORO WHITMIRE**
   10100 W. Charleston Blvd., Suite 250
3  Las Vegas, Nevada 89135
4  Tel.: (702) 948-8771 / Fax: (702) 948-8773
   E-mail: nsantoro@santoronevada.com
5           jsmith@santoronevada.com

6  MICHAEL EISENBERG (*pro hac vice* admitted)
7  **HOLLAND & KNIGHT LLP**
   31 West 52nd Street
8  New York, New York 10019
   Tel.: (212) 513-3529 / Fax: (212) 385-9010
9  Email: michael.eisenberg@hklaw.com

10 STACEY H. WANG (*pro hac vice* admitted)
   **HOLLAND & KNIGHT LLP**
11 400 South Hope Street, 8th Floor
12 Los Angeles, CA 90071
   Tel.: (213) 896-2400 / Fax: (213) 896-2450
13 Email: stacey.wang@hklaw.com

14 *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SEOUL SEMICONDUCTOR CO., LTD. and SEOUL VIOSYS, CO., LTD.<br><br>Plaintiffs,<br><br>vs.<br><br>PHILCOR T.V. & ELECTRONIC LEASING, INC. d/b/a ENERGYAVENUE.COM,<br><br>Defendants. | Case No.: 2:18-cv-00383-RFB-NJK<br><br>**STIPULATION AND [PROPOSED ORDER] FOR ENTRY OF CONSENT JUDGMENT** |

Plaintiffs Seoul Semiconductor Co., Ltd. and Viosys Co., Ltd. (collectively "Seoul") and

Defendant Philcor T.V. & Electronic Leasing, Inc. dba Energyavenue.com ("Philcor") stipulate

to entry of Consent Judgment against Philcor and in favor of Seoul on Seoul's claim of patent

infringement, and any potential defenses or counterclaims, including any defense of non-infringement or invalidity. The stipulation is based upon the following:

1. Seoul alleges, and Philcor does not dispute, that Philcor has sold lighting devices and/or LED light bulbs that were manufactured by third parties and infringe U.S. Patent No. 9,627,435, U.S. Patent No. 9,093,627, U.S. Patent No. 9,577,157, U.S. Patent No. 7,700,960, U.S. Patent No. 8,168,988, U.S. Patent No. 8,860,331; U.S. Patent No. 8,829,552; U.S. Patent No. 8,716,946; U.S. Patent No. 9,716,210; U.S. Patent No. 7,951,626; U.S. Patent No. 9,450,155; and U.S. Patent No. 8,664,638 (collectively, "the Patents in Suit") that are owned by Seoul.

2. Philcor does not contest that the Patents in Suit are valid.

3. The Parties therefore agree that a Consent Judgment should be entered in favor of Seoul and against Philcor on Seoul's claim of patent infringement of the Patents in Suit.

Accordingly, the Parties stipulate and request that the Court enter the following Consent Judgment, attached hereto as Exhibit A.

DATED this 13th day of August, 2018.

**SANTORO WHITMIRE**

*/s/ Jason D. Smith*
Nicholas J. Santoro (Nev. Bar No. 532)
Jason D. Smith (Nev. Bar 9691).
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
E-mail: nsantoro@santoronevada.com
jsmith@santoronevada.com

Michael Eisenberg (*pro hac vice* admitted)
**HOLLAND & KNIGHT LLP**
31 West 52nd Street

DATED this 13th day of August, 2018

**HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON**

*/s/ Brian W. Boschee*
Brian W. Boschee (Nev. Bar No. 7612)
James D. Boyle (Nev. Bar. No. 8384)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Tel.: (702) 791-0308 / Fax: (702)791-1912
Email: bboschee@nevadafirm.com
jboyle@nevadafirm.com
*Attorneys for Defendants*

New York, New York 10019
Tel.: (212) 513-3529 / Fax: (212) 385-9010
Email: michael.eisenberg@hklaw.com

Stacey H. Wang (*pro hac vice* admitted)
**HOLLAND & KNIGHT LLP**
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel.: (213) 896-2400 / Fax: (213) 896-2450
Email: stacey.wang@hklaw.com

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 31st day of August, 2018.

# Exhibit A

Consent Judgment

| | |
|---|---|
| 1 | NICHOLAS J. SANTORO (Nev. Bar No. 532) |
| 2 | JASON D. SMITH (Nev. Bar No. 9691) |
|   | **SANTORO WHITMIRE** |
| 3 | 10100 W. Charleston Blvd., Suite 250 |
|   | Las Vegas, Nevada 89135 |
| 4 | Tel.: (702) 948-8771 / Fax: (702) 948-8773 |
|   | E-mail: nsantoro@santoronevada.com |
| 5 | jsmith@santoronevada.com |
| 6 | MICHAEL EISENBERG (*pro hac vice* admitted) |
| 7 | **HOLLAND & KNIGHT LLP** |
|   | 31 West 52nd Street |
| 8 | New York, New York 10019 |
|   | Tel.: (212) 513-3529 / Fax: (212) 385-9010 |
| 9 | Email: michael.eisenberg@hklaw.com |
| 10 | STACEY H. WANG (*pro hac vice* admitted) |
| 11 | **HOLLAND & KNIGHT LLP** |
|    | 400 South Hope Street, 8th Floor |
| 12 | Los Angeles, CA 90071 |
|    | Tel.: (213) 896-2400 / Fax: (213) 896-2450 |
| 13 | Email: stacey.wang@hklaw.com |
| 14 | *Attorneys for Plaintiffs* |

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SEOUL SEMICONDUCTOR CO., LTD. and SEOUL VIOSYS, CO., LTD. | Case No.: 2:18-cv-00383-RFB-NJK |
| Plaintiffs, | **CONSENT JUDGMENT** |
| vs. | |
| PHILCOR T.V. & ELECTRONIC LEASING, INC. d/b/a ENERGYAVENUE.COM, | |
| Defendants. | |

## **CONSENT JUDGMENT**

Based upon the Stipulation and Proposed Order for Entry of Consent Judgment submitted

by Plaintiffs Seoul Semiconductor Co., Ltd. and Seoul Viosys Co., Ltd. (collectively, "Seoul")

and Philcor T.V. & Electronic Leasing, Inc. dba Energyavenue.com ("Philcor"), consent judgment against Philcor and in favor of Seoul is hereby entered, as follows:

1. U.S. Patent No. 9,627,435, U.S. Patent No. 9,093,627, U.S. Patent No. 9,577,157, U.S. Patent No. 7,700,960, U.S. Patent No. 8,168,988, U.S. Patent No. 8,860,331; U.S. Patent No. 8,829,552; U.S. Patent No. 8,716,946; U.S. Patent No. 9,716,210; U.S. Patent No. 7,951,626; U.S. Patent No. 9,450,155; and U.S. Patent No. 8,664,638 (collectively, "the Patents in Suit") asserted by Seoul against Philcor in this matter are not invalid.

2. Philcor has sold lighting devices and/or LED light bulbs that were manufactured by third parties and have been accused by Seoul in the above-captioned cases. Seoul contends, and Philcor does not dispute, that such lighting devices and/or LED light bulbs infringe the Patents in Suit.

3. Seoul and Philcor shall bear their own costs, expenses and attorneys' fees.

4. This Court retains exclusive jurisdiction of this matter to enforce this Consent Judgment.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: _____