NICHOLAS J. SANTORO (Nev. Bar No. 532)
JASON D. SMITH (Nev. Bar No. 9691)
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
E-mail: nsantoro@santoronevada.com
jsmith@santoronevada.com

MICHAEL EISENBERG (*pro hac vice* admitted)
**HOLLAND & KNIGHT LLP**
31 West 52nd Street
New York, New York 10019
Tel.: (212) 513-3529 / Fax: (212) 385-9010
Email: michael.eisenberg@hklaw.com

STACEY H. WANG (*pro hac vice* admitted)
**HOLLAND & KNIGHT LLP**
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel.: (213) 896-2400 / Fax: (213) 896-2450
Email: stacey.wang@hklaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SEOUL SEMICONDUCTOR CO., LTD. and SEOUL VIOSYS, CO., LTD. <br><br> Plaintiffs, <br><br> vs. <br><br> PHILCOR T.V. & ELECTRONIC LEASING, INC. d/b/a ENERGYAVENUE.COM, <br><br> Defendants. | Case No.: 2:18-cv-00383-RFB-NJK <br><br> **CONSENT JUDGMENT** |

## CONSENT JUDGMENT

Based upon the Stipulation and Proposed Order for Entry of Consent Judgment submitted

by Plaintiffs Seoul Semiconductor Co., Ltd. and Seoul Viosys Co., Ltd. (collectively, "Seoul")

and Philcor T.V. & Electronic Leasing, Inc. dba Energyavenue.com ("Philcor"), consent judgment against Philcor and in favor of Seoul is hereby entered, as follows:

1. U.S. Patent No. 9,627,435, U.S. Patent No. 9,093,627, U.S. Patent No. 9,577,157, U.S. Patent No. 7,700,960, U.S. Patent No. 8,168,988, U.S. Patent No. 8,860,331; U.S. Patent No. 8,829,552; U.S. Patent No. 8,716,946; U.S. Patent No. 9,716,210; U.S. Patent No. 7,951,626; U.S. Patent No. 9,450,155; and U.S. Patent No. 8,664,638 (collectively, "the Patents in Suit") asserted by Seoul against Philcor in this matter are not invalid.

2. Philcor has sold lighting devices and/or LED light bulbs that were manufactured by third parties and have been accused by Seoul in the above-captioned cases. Seoul contends, and Philcor does not dispute, that such lighting devices and/or LED light bulbs infringe the Patents in Suit.

3. Seoul and Philcor shall bear their own costs, expenses and attorneys' fees.

4. This Court retains exclusive jurisdiction of this matter to enforce this Consent Judgment.

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 31st day of August, 2018.